# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 23, 2013

147614

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

TODD EDWARD COLLINS,
　　　　Defendant-Appellant.

SC: 147614
COA: 311283
Cass CC: 09-010013-FC
　　　　　09-010048-FC

_____/

　　　　On order of the Court, the application for leave to appeal the July 3, 2013 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2013



Clerk

h1216